## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| EMI RECORDS, LIMITED,<br>v.<br>AMARONE PARTNERS, LLC, an Illinois limited liability company, d/b/a VerveLife | FILED: MAY 16, 2008<br>08CV2877          TC<br>JUDGE ST EVE<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMI RECORDS, LIMITED

| | | |
|---|---|---|
| NAME (Type or print)<br>John D. Burke | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John D. Burke | | |
| FIRM<br>Ice Miller LLP | | |
| STREET ADDRESS<br>200 West Madison, Suite 3500 | | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0603918 | TELEPHONE NUMBER<br>(312) 726-8148 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | | |