## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2877 | **DATE** | 5/22/2008 |
| **CASE TITLE** | EMI Records, Limited vs. Amarone Partners, LLC | | |

**DOCKET ENTRY TEXT**

The Court hereby dismisses the Complaint without prejudice for failure to sufficiently plead diversity jurisdiction. Plaintiff shall have thirty (30) days to file an amended complaint alleging the citizenship of each of Defendant Amarone Partners's members or some other basis for federal jurisdiction. Civil Case Terminated.

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

Plaintiff EMI Records, Limited has filed a complaint against Defendant Amarone Partners, LLC. Plaintiff's Complaint asserts diversity jurisdiction as the sole basis for subject matter jurisdiction. "It is axiomatic that a federal court must assure itself that it possesses jurisdiction over the subject matter of an action before it can proceed to take any action respecting the merits of the action. The requirement that jurisdiction be established as a threshold matter 'springs from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" *Cook v. Winfrey*, 141 F.3d 322, 325 (7th Cir. 1998), *quoting Steel C. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998).

Plaintiff alleges that Amarone Partners "is an Illinois limited liability company with its principal place of business located in Chicago, Illinois." (R. 1-1, Compl. ¶ 2.) It further alleges that "Defendant is a citizen of a State (Illinois)." (*Id.* at ¶ 4.) Plaintiff neither identifies any members of Amarone Partners, nor particularizes any citizenship allegations as to these members. Plaintiff's allegations fail for diversity purposes.

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC,* 487 F.3d 531, at 533 -534 (7th Cir. 2007), citing *Camico Mut. Ins. Co. v. Citizens Bank,* 474 F.3d 989, 992 (7th Cir.2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." The Complaint fails to do so. Accordingly, the Court hereby dismisses the Complaint without prejudice for failure to sufficiently plead diversity jurisdiction. Plaintiff shall have thirty (30) days to file an amended complaint alleging the citizenship of each of Defendant Amarone Partners's members or some other basis for federal jurisdiction.