## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EMI RECORDS, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 2877 |
| | ) | |
| AMARONE PARTNERS, LLC, an Illinois | ) | Judge St. Eve |
| limited liability company, d/b/a VerveLife | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

### AMENDED COMPLAINT

Plaintiff EMI Records, Limited ("EMI"), by its attorneys Ice Miller LLP, and for its

Amended Complaint against Amarone Partners, LLC, an Illinois limited liability company, d/b/a

VerveLife ("Defendant"), alleges as follows:

### PARTIES

1.     Plaintiff EMI Records, Limited is a corporation organized under the laws of the

United Kingdom with its principal place of business located in London, United Kingdom.

2.     Defendant Amarone Partners, LLC d/b/a VerveLife is an Illinois limited liability

company with its principal place of business located in Chicago, Illinois.  Amarone Partners,

LLC has six individual members:  Sanjeev Rathi, Kevin M. Neuman, Justin T. Jarvinen, Gary

Wolford, Mark Paulson, and Michael Kennedy.  Each of Amarone Partners, LLC's members are

citizens of the State of Illinois.

### JURISDICTION AND VENUE

3.     Personal jurisdiction and venue are proper in this district under 28 U.S.C. § 1391

because the Defendant resides in this district and because this action arises, in part, out of certain

actions which took place in this district.

4.     This Court has subject matter jurisdiction over the parties pursuant to 28 U.S.C. §

1332(a)(4) because EMI is a citizen of a foreign state (United Kingdom), Defendant's members

are citizens of the State of Illinois, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

<u>BACKGROUND</u>

5.    EMI is a music company engaged in the business of producing, recording, manufacturing and marketing sound recordings containing performances of musical compositions, and distributing and selling those sound recordings in phonorecords (as defined in 17 U.S.C. Section 101). The most common type of phonorecord today is a compact disc, or "CD", but the term "phonorecord" includes any object that contains a sound recording, such as a computer audio file, analog cassette tape, vinyl album or digital audio tape. EMI is among the leading producers, manufacturers and distributors of musical sound recordings in the United States. The reputation of EMI as a producer of phonorecords containing high artistic and technical quality are very favorably known in the State of Illinois, throughout the United States, and the world.

6.    EMI owns or controls rights to musical recordings of a variety of recording artists on a number of different recording labels.

7.    Defendant is a marketing company specializing in digital media, including music.

<u>DEFENDANT AND EMI ENTER INTO A CONTRACT</u>

8.    On or about June 19, 2007, Defendant and EMI entered into a contract. A true and correct copy of the contract is attached hereto as Exhibit A.

9.    Under the terms of the contract, in exchange for Defendant's payment of a total minimum guaranteed amount of $600,000, EMI agreed to be the sole major music company supplier for a digital media promotion Defendant ran on behalf of Burger King™ in the United Kingdom and Ireland.

10.    The promotion involved giving vouchers to Burger King customers upon their purchase of certain Burger King™ products. The voucher could be used to redeem one song

from EMI, by downloading it from the internet.

11.    Under the terms of the contract, Defendant agreed to pay EMI 25¢ (US) per download, with a minimum "Unit Guarantee" of "2.4 million downloads (irrespective of whether a lesser number of downloads are actually redeemed by consumers)," totaling a Unit Guarantee of $600,000.

12.    Defendant agreed to pay EMI the Unit Guarantee of $600,000 in three installments:  $150,000 due on June 30, 2007; $150,000 due on September 30, 2007 and $300,000 due on February 1, 2008.

### DEFENDANT BREACHED THE CONTRACT

13.    EMI has fully performed all conditions required of it under the contract, including providing songs by various recording artists to Defendant.

14.    Defendant paid the initial installment of $150,000 but failed to pay the second installment on time.  Defendant requested an extension of the deadlines for the second and third installments.

15.    As a gesture of goodwill, EMI agreed to extend the deadlines for the second and third installments until December 31, 2007, and March 31, 2008, respectively.

16.    Defendant additionally confirmed by email that the second installment of the contract payment would be paid on time on the new date, December 31, 2007.  *See* November 31, 2007 and December 17, 2007 Emails from Barry O'Connell, Director of Media Licensing for Defendant, to Giles Harris, Head of Music & Brands for EMI, (confirming the second installment of the contract payment would be made on time), true and correct copies of which are attached hereto as Exhibit B.

17.    However, Defendant has failed and refused to pay the second and third installments.

18.    Defendant has materially breached the contract by failing and refusing to pay the

3

balance owed under the contract.

19.     As a result of Defendant's material breach, EMI has suffered contract damages in an amount of no less than $450,000.

**WHEREFORE**, Plaintiff EMI Records, Limited respectfully requests that the Court enter a judgment in its favor and against Defendant Amarone Partners, LLC d/b/a VerveLife in the amount of $450,000 plus prejudgment interest, court costs, and such other relief that is just and appropriate.

**EMI RECORDS, LIMITED**
By:    /s/ John D. Burke
           One of Its Attorneys

John D. Burke (ARDC No. 06203918)
Joan G. Ritchey (ARDC No. 06275776)
**ICE MILLER LLP**
200 West Madison Street, Suite 3500
Chicago, Illinois  60606-3417
(312) 726-1567

C/66258.1

# EXHIBIT A

Vervelife Agreement Page 1.jpg (1668x2170x16M jpeg)

*1503gh*

Not a binding agreement until signed
on behalf of EMI Records Limited

**AGREEMENT BETWEEN AMARONE PARTNERS, LLC DBA VERVELIFE, OF 625 N. MICHIGAN AVE. SUITE 2575, CHICAGO, ILLINOIS 60611, USA ("Company") AND EMI RECORDS LIMITED ("EMI") OF 43 BROOK GREEN, LONDON W6 7EF, UK**

DATED 19 June 2007

**WHEREAS**

(a)    EMI owns or controls rights to musical recordings by various recording artists

(b)    The Company wishes to use certain of such recordings in connection with a promotion, on the terms set out below

| 1. | EMI Assets | The audio-only recordings listed in Schedule 1 attached SAVE THAT EMI reserves the right at any time to withdraw any such recording(s) from the Mechanic as well as the right to add any new recording(s) to the Mechanic |
|---|---|---|
| 2. | Mechanic | The Company is an agency running a digital promotion on behalf of Burger King |
| | | Burger King wish to offer pre-paid audio-only downloads from across the selection of EMI Assets to Burger King consumers in the Territory. |
| | | Consumers obtain a voucher upon purchasing product from Burger King.  This contains a unique code which they enter at http://www.burgerking.co.uk/bktunes/ ("the Website") during the Term.  Upon entering the Website, consumers are asked various questions.  The answers to those questions produce a list of 20 tracks, suitable to that consumer.  Consumers can listen to 30-second clips of those 20 tracks and can ultimately choose to download 1 of those 20 tracks. |
| | | Each code is valid for 1 download. |
| | | The Company guarantees to buy from EMI during the Term a quantity of downloads (regardless of whether utilised by Burger King customers or not) of no less than the Unit Guarantee below. |
| | | On various pages of the Website (e.g. the homepage), full-length tracks will be streamed in a "radio-type" mechanic ("**the BK Radio**") |
| | | This Agreement is exclusive insofar as EMI shall be the sole major music company (as that term is understood in the music industry) supplier for the Mechanic. |
| 3. | Territory | United Kingdom & Eire |
| | | It is intended that this Agreement be extended to include the rest of the world and if so, such extension shall be on terms no less favourable than those set out herein – namely a unit guarantee of no less than the Unit Guarantee below and a per download and per stream rate of no less than as listed in Cost below. |
| 4. | Cost | The Company shall pay to EMI US$0.25 per download subject to below Unit Guarantee, i.e. US$600,000 total, payable as to: |
| | | • 25% no later than 30 June 2007 (subject to signature of this Agreement)<br>• 25% no later than 30 September 2007<br>• 50% no later than 1 February 2008 |
| | | Company acknowledges that EMI requires a per-stream payment in respect of each EMI Asset streamed on the BK Radio. However, EMI agrees to waive such requirement in return for Company agreeing to make the contractual payments on the dates set out above and on condition that EMI has sole control over selection of EMI Assets which are streamed on the BK Radio. |
| | | The Company shall be solely responsible for making any and all payments (including, by way of example, any publishing payments, developing and running the Website, generating unique codes, delivery of EMI Assets to Company and to consumers etc.) in respect of the Mechanic and the BK Radio and the Company fully indemnifies EMI in respect thereof. |
| 5. | Marketing & Promotion by Company | Use of any artist image and likeness is subject to EMI's prior written approval. The Company shall ensure that the following appears on the Website: "*Nothing on this website shall be deemed to imply any so-called brand or product endorsement by any of the artists featured on the Website*". The Company shall ensure that in all supporting material (including marketing and promotional |

12 June, 2007

Vervelife Agreement Page 2.jpg (1700x2220x16M jpeg)

1SO3gh

| | | |
|---|---|---|
| | | material) downloads which are given-away as part of the Mechanic are referred to as "pre-paid" but not as "free". |
| 6. | Formats | DRM Free MP3 Format at 192kpbs |
| 7. | Term | 16 July 2007 to 31 October 2008 ??? |
| 8. | Unit Guarantee | 2.4 million downloads (irrespective of whether a lesser number of downloads are actually redeemed by consumers). |
| | | If and when the Company requires a quantity of downloads in excess the Unit Guarantee, then – subject to EMI agreeing to such request – the cost of each additional individual download shall be US$0.25 per download. |
| 8. | Accounting | Company shall send regular payments, statements and reports to EMI in accordance with EMI's reporting requirements (copies of which have been provided to the Company prior to the date hereof). EMI shall be entitled to audit the Company. |
| 9. | Miscellaneous | Company shall ensure that there are (artist-to-artist) links from the Website to http://www.emi-downloads.com/ from which consumers shall be entitled to purchase further music by EMI's artists featured on the Website |
| | | EMI shall select which of its releases and artists are to be presented as "Track/Artist/Album of the Week/Month" and Company shall ensure that such tracks/artists/albums are marketed and promoted as such on the Website and in all Burger King restaurants throughout the Territory via POS material and direct-to-consumer communication, e.g. mail-outs.  For "Track/Artist/Album of the Week/Month" selected by EMI, EMI shall supply Company with additional assets for Company to include on the Website, e.g. promotional video, artwork, biography etc. |
| | | EMI and Company shall mutually agree upon a press release in respect of the Mechanic.  Until such press release has been approved by both EMI and Company in writing; neither party shall publicise any part of the Mechanic. |
| | | EMI and the Company will proceed to a long form agreement incorporating the above terms and otherwise subject to good faith negotiation. |

Please indicate your acceptance of the above points by signing this Agreement which shall be binding upon signature by both the Company and EMI until signature of the long form agreement between the parties as aforesaid.

Read and Agreed by                                      Read and Agreed by

13 June 07

For and on behalf of                                       Michael Kennedy, President and COO
EMI Records Limited                                      For and on behalf of
                                                                      AMARONE PARTNERS, LLC DBA VERVELIFE

Vervelife Agreement Page 3.jpg (1700x2210x16M jpeg)

*1503gh*

### Schedule 1

#### EMI Assets (below is a provisional list of EMI artists from which recordings shall be selected by EMI)

**Relentless Label**
Ben's Brother
Jay Sean
Joss Stone
Lethal Bizzle
Rishi Rich Project Featuring Jay Sean & Juggy D
Roll Deep
Seth Lakeman
Union Of Knives

**Positiva Label**
Chocolate Puma
Deep Dish
Ferry Corsten
M.V.P
Paul Van Dyk
Shapeshifters

**Parlophone Label**
Lily Allen
Athlete
Babyshambles
Beta Band
Beverley Knight
Blur
Dirty Vegas
Gorillaz
Idlewild
Interpol
Jamelia
Kylie Minogue
Lonely Dear
Love Is All
Mazzy Star
Morning Runner
Pet Shop Boys
Queen
Queen vs The Miami Project
Radiohead
Siobhan Donaghy
Supergrass
The Departure
The Good The Bad And The Queen
The On Offs
Tiny Dancers

**EMI Label**
Air Traffic
Badly Drawn Boy
Captain
Doves
Hot Chip
Iron Maiden
LCD Soundsystem

**Heavenly Label**
Doves
Magic Numbers
Nada Surf
The Little Ones

**Angel Label**

3                          12 June, 2007

Vervelife Agreement Page 4.jpg (1700x2205x16M jpeg)

*1503gh*

365
Duncan James
Simon Webbe

**Virgin Label**
Annuals
Chemical Brothers
Digitalism
Jamie T
Kooks
Massive Attack
Placebo
The Bees
The Thrills
Unklejam
Willy Mason

**Source Label**
Kings of Convenience
Turin Brakes

**Capitol Catalogue Label**
Culture Club
David Bowie
Duran Duran
KC & The Sunshine Band
Proclaimers
Sheena Easton
Shirley Bassey
Spandau Ballet
Whitesnake

**EMI Gold Label**
Dion                               Chicken Run
The Band Of The Grenadier Guards
The New World Orchestra            Fantasy Themes
The New World Orchestra            Sports Themes

**Virgin Catalogue Label**
Billie
Bryan Ferry
Madness
Roxy Music
Shaggy
The Skids
UB40
Atomic Kitten
Blue
The Music
Radar
Nada Surf
365
Duncan James
Spinto Band

4                                   12 June, 2007

# EXHIBIT B

-----Original Message-----
From: Barry O'Connell [mailto:boconnell@vervelife.com <mailto:boconnell@vervelife.com> ]
Sent: 17 December 2007 14:36
To: Harris, Giles
Subject: Re: EMI / VerveLife

Hi Giles,

Payment is scheduled to be released at end of month...don't know if I can accelerate at this point...will certainly look into it and get back.  Best-Barry


Barry O'Connell
Director of Media Licensing
VerveLife
312-893-7018 - office
847-494-6175 - mobile

Sent via BlackBerry by AT&T

-----Original Message-----
From: "Harris, Giles" <Giles.Harris@EMIMusic.com>

Date: Sun, 16 Dec 2007 20:33:22
To:<barry@vervelife.com>
Cc:"McMahon, Mike" <Mike.McMahon@EMIMusic.com>,"Morbin, Sue" <Sue.Morbin@EMIMusic.com>
Subject: Re: EMI / VerveLife


Hi Barry

 This is the last week before we close down for the holidays (re-opening 2 Jan 08), so it would be ideal if payment is made before the end of this week please

4/16/2008

Thanks

----- Original Message -----
From: Barry O'Connell <barry@vervelife.com>
To: Harris, Giles
Sent: Tue Nov 13 19:12:41 2007
Subject: RE: EMI / VerveLife

Hi Giles,

We are on track for the 12/31 payment, as scheduled. We haven't nailed down anything new in the UK just yet, but are working very hard to do so. My wife is due to deliver any day now, so I'll be in and out over the next couple of weeks. Hope all is well with you. Speak soon>Barry

-----Original Message-----
From: Harris, Giles [mailto:Giles.Harris@EMIMusic.com <mailto:Giles.Harris@EMIMusic.com>
<mailto:Giles.Harris@EMIMusic.com <mailto:Giles.Harris@EMIMusic.com> > ]
Sent: Sun 11/11/2007 5:23 PM
To: Barry O'Connell
Subject: EMI / VerveLife

Hi Barry

With end of December only 6 or so weeks away, I wanted to drop you a
line to :

(a)    check there aren't going to be any problems with the postponed
payment due 31 Dec 2007; and
(b)    see if there are any other deals in the pipeline

Regards

Giles Harris
Head of Music & Brands

EMI Music UK & Ireland
t: 020 7605 5303
m: 07879 412202

- -------------------------------------------------------------------

Music from EMI

This e-mail including any attachments is confidential and may be legally privileged. If you have received it in error please advise the sender immediately by return email and then delete it from your system. The unauthorised use, distribution, copying or alteration of this email is strictly forbidden. If you need assistance please contact us on +44 20 7795 7000.

This email is from a unit or subsidiary of EMI Group Limited.

Registered Office: 27 Wrights Lane, London W8 5SW

Registered in England No 229231.

- -------------------------------------------------------------------

- -------------------------------------------------------------------

4/16/2008