AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS
**SUMMONS IN A CIVIL CASE**

EMI RECORDS, LIMITED,

V.

AMARONE PARTNERS, LLC, an Illinois
limited liability company, d/b/a VerveLife

CASE NUMBER: 08 C 287

ASSIGNED JUDGE: St. Eve

DESIGNATED
MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

AMARONE PARTNERS, LLC,
an Illinois limited liability company, d/b/a VerveLife
c/o Registered Agent:
Justin Timothy Jarvinen
625 N. Michigan Ave., Suite 2575
Chicago, Illinois 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John D. Burke
Joan G. Ritchey
Ice Miller LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                              DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
        discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      *Date*                 *Signature of Server*

                                                    _____
                                                    *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.