UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMI RECORDS, LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 C 287 |
| ) | |
| AMARONE PARTNERS, LLC, an Illinois limited ) | Judge St. Eve |
| liability company, d/b/a VerveLife, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

**PLAINTIFF EMI RECORDS, LIMITED'S NOTICE
OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Plaintiff EMI Records, Limited ("EMI") states as follows for its Notification of Affiliates Disclosure Statement pursuant to Local Rule 3.2:

EMI Limited and EMI Group Holdings own more than 5% of Plaintiff EMI's stock.

Dated:  June 4, 2008                           Respectfully submitted,

                                               **EMI RECORDS, LIMITED**


                                               By:   /s/ Joan G. Ritchey
                                                     One of Its Attorneys

John D. Burke (ARDC No. 06203918)
Joan G. Ritchey (ARDC No. 06275776)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567


C/65929.1