IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EMI RECORDS, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 2877 |
| | ) | |
| AMARONE PARTNERS, LLC, an Illinois | ) | Judge St. Eve |
| limited liability company, d/b/a VerveLife | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR ENLARGEMENT OF TIME

Plaintiff EMI Records, Limited ("EMI"), by its attorneys Ice Miller LLP, and for its Agreed Motion for Enlargement of Time, states as follows:

1. Defendant Amarone Partners, LLC, an Illinois limited liability company, d/b/a VerveLife was served with summons and complaint on or about May 29, 2008, and it has until June 17, 2008 to answer and appear.

2. Counsel for Plaintiff has been in contact with a representative of Defendant and agreed to give them until July 1, 2008 to hire counsel and to answer and appear.

**FOR THE FOREGOING REASONS**, the parties respectfully request that the Court grant the Defendant until July 1, 2008 to answer or otherwise plead.

**EMI RECORDS, LIMITED**

By:  /s/ John D. Burke
     One of Its Attorneys

John D. Burke (ARDC No. 06203918)
Joan G. Ritchey (ARDC No. 06275776)
**ICE MILLER LLP**
200 West Madison Street, Suite 3500
Chicago, Illinois 60606-3417
(312) 726-1567