IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMI RECORDS, LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 C 2877 |
| ) | |
| AMARONE PARTNERS, LLC, an Illinois ) | Judge St. Eve |
| limited liability company, d/b/a VerveLife ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service.

   PLEASE TAKE NOTICE that on the **16th day of June, 2008 at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge St. Eve, Courtroom 1241, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached *Motion for Enlargement of Time*, copies of which are hereby served upon all parties.

                                        Respectfully submitted,

DATED:   June 9, 2008

                                        **EMI RECORDS, LIMITED**


                                        By:   /s/ John D. Burke
                                              John D. Burke (ARDC No. 06203918)
                                              **ICE MILLER LLP**
                                              200 West Madison St., Suite 3500
                                              Chicago, Illinois 60606-3417
                                              Phone: (312) 726-1567
                                              *john.burke@icemiller.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been provided to the following party via the Court's electronic filing system:

/s/ John D. Burke

C/66650.1