**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

EMI Records, Limited
                              Plaintiff,

v.                                                                 Case No.: 1:08−cv−02877
                                                                   Honorable Amy J. St. Eve

Amarone Partners, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

　　MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's oral request for an extension of time is granted. Status hearing set for 7/2/08 is stricken and reset to 7/17/08 at 8:30 a.m. Joint status report to be filed by 7/14/08. Defendant to answer or otherwise plead by 7/15/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.