UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMI RECORDS, LIMITED<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMARONE PARTNERS, LLC, an Illinois limited liability company, d/b/a VerveLife<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　No.: 08 C 2877<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, on or about May 16, 2008, Plaintiff EMI Records, Limited filed this action against Defendant Amarone Partners, LLC, an Illinois limited liability company, d/b/a VerveLife in the United States District Court, Northern District of Illinois, Eastern Division, for breach of contract (the "Action");

WHEREAS, Defendant has not served an answer or a motion for summary judgment;

WHEREAS, Plaintiff and Defendant have entered in a settlement agreement whereby, among other things, Defendant has agreed to pay Plaintiff a certain sum of money;

WHEREAS, Plaintiff and Defendant have agreed that this Court shall retain jurisdiction for the purpose of enforcing their settlement agreement;

NOW, THEREFORE, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the Action with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 2nd day of July, 2008.

　　　　　　　　　　　　　　　　　　EMI RECORDS, LIMITED
　　　　　　　　　　　　　　　　　　By:　/s/ Joan G. Ritchey
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

John D. Burke (ARDC No. 06203918)
Joan G. Ritchey (ARDC No. 06275778)
**ICE MILLER LLP**
200 West Madison Street, Suite 3500
Chicago, Illinois 60606-3417
(312) 726-1567