UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMI RECORDS, LIMITED<br><br>    Plaintiff,<br><br>v.<br><br>AMARONE PARTNERS, LLC, an Illinois limited liability company, d/b/a VerveLife<br><br>    Defendant. | )<br>)<br>)<br>)<br>) No.: 08 C 2877<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

To: See attached Certificate of Service.

  PLEASE TAKE NOTICE that on July 2, 2008, the undersigned counsel filed the Notice of Voluntary Dismissal With Prejudice with the Clerk of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which was served upon all parties of record.

               **EMI RECORDS, LIMITED**

               By: /s/ Joan G. Ritchey
                   One of Its Attorneys

John D. Burke (ARDC No. 06203918)
Joan G. Ritchey (ARDC No. 06275778)
**ICE MILLER LLP**
200 West Madison Street, Suite 3500
Chicago, Illinois 60606-3417
(312) 726-1567

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing has been provided to all counsel of record via the Court's electronic filing system:

                                            /s/ Joan G. Ritchey